AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

SOUTH BAYVIEW APARTMENTS ASSOCIATES,
et al.,
     v.                       CASE NUMBER:   C07-5287RBL

CONTINENTAL WESTERN INSURANCE COMPANY,
et al.,

[ √ ]  **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

South Bayview's Motion for Remand to Grays Harbor County Superior Court is GRANTED.

CWG's Alternative Motion is DENIED.

All Motions for Terms and Fees are DENIED.

DATED :   7/17/07

                                          BRUCE  RIFKIN
                              *Clerk*

                                   /s/   Jean Boring
                            *(By) Deputy Clerk*, Jean Boring